## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BART GILLEY,

      Plaintiff,

v.                                        No. 2:22-cv-679 GJF/KRS

SANTIAGO MARTINEZ GUTIERREZ,
and TRIDENT OILFIELD SERVICE, LLC,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on its Order to Show Cause, (Doc. 9), entered January 3, 2023.  The Court ordered Plaintiff to show cause by January 17, 2023 why this case should not be dismissed as to Defendant Santiago Martinez Gutierrez for failure to prosecute. On January 17, 2023, Plaintiff filed a Response to the Order to Show Cause, stating Plaintiff has been unable to serve Defendant Martinez Gutierrez and will voluntarily dismiss all claims against Defendant Martinez Gutierrez without prejudice.  (Doc. 10).  Also on January 17, 2023, Plaintiff filed Rule 41 Notice of Dismissal of his claims against Defendant Martinez Gutierrez without prejudice.  (Doc. 11).  In light of these filings, the Court is satisfied that Plaintiff has complied with the Court's Order to Show Cause, and the Order to Show Cause, (Doc. 9), is hereby QUASHED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE